UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

OKECHUKWU MUMMEE AMADI         CIVIL ACTION NO. 06-1833

VS.         SECTION P

CRAIG ROBINSON, ET AL.         JUDGE TRIMBLE
        MAGISTRATE JUDGE WILSON

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted.

THUS DONE AND SIGNED, in chambers, in Lake Charles, Louisiana, on this ___2 7th___ day of ___March___, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE